IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO LEONARD TNT PRODUCTIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-3486 |
| GOOSEN-TUTOR PROMOTIONS, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

On December 2, 2013, plaintiff Antonio Leonard TNT Productions, LLC filed a motion for a temporary restraining order and for a preliminary injunction against defendant Goosen-Tutor Promotions, LLC. (Docket Entry No. 3) After reviewing the parties' submissions, the court denies the motion for a temporary restraining order ("TRO").

To obtain a TRO, a plaintiff must establish "(1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury if the injunction is not issued, (3) that the threatened injury if the injunction is denied outweighs any harm that will result if the injunction is granted, and (4) that the grant of an injunction will not disserve the public interest." *Janvey v. Alguire*, 647 F.3d 585, 595 (5th Cir. 2011); *Nichols v. Alcatel USA, Inc.,* 532 F.3d 364, 372 (5th Cir. 2008). A TRO is an extraordinary remedy. *Planned Parenthood of Houston & S.E. Tex. v. Sanchez*, 403 F.3d 324, 329 (5th Cir. 2005). The plaintiff's filings do not merit its burden of persuasion on all four of these requirements. The motion for a TRO is denied.

The parties must appear for a hearing on **Thursday, December 19**, **2013** at **2:30 p.m.** in

courtroom 11-B to set a schedule for the resolution of the application for a preliminary injunction. The court reserves decision on defendant's motion to dismiss (Docket Entry No. 5) and request for oral argument on that motion (Docket Entry No. 6) pending the plaintiff's responses.

      SIGNED on December 16, 2013, at Houston, Texas.

                                              _____
                                                  Lee H. Rosenthal
                                          United States District Judge