**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANTONIO LEONARD TNT PRODUCTIONS, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3486 |
| | § | |
| GOOSEN-TUTOR PROMOTIONS, LLC, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff is to respond to the motion for protective order no later than **August 11, 2014**, by 5:00 p.m.

SIGNED on August 6, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge