IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO LEONARD TNT PRODUCTIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-3486 |
| GOOSSEN-TUTOR PROMOTIONS, LLC, AND DAN GOOSSEN, | § § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL IN FAVOR OF ARBITRATION

The court has compelled arbitration as to all of the disputes raised by the parties. This action is therefore dismissed in favor of the arbitration.

SIGNED on January 21, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge